IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROSCOE MCMILLAN<br>  Defendant. | Criminal Action No.<br>1:23-cr-00309-SDG-JKL |

### ORDER

This matter is before the Court for consideration of the Non-Final Report and Recommendation (R&R) entered by United States Magistrate Judge John K. Larkins III [ECF 45], which recommends that Defendant Roscoe McMillan's Motion to Dismiss Counts Four and Five for Lack of Venue [ECF 24] be DENIED. Defendant did not file objections to the R&R. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(1), undersigned reviewed the R&R for clear error and found none. Accordingly, undersigned **ADOPTS** the R&R [ECF 45] as the order of this Court. Defendant's Motion to Dismiss [ECF 24] is **DENIED**.

**SO ORDERED** this 26th day of July 2024.

Steven D. Grimberg
United States District Court Judge